

NUMBER 13-13-000035-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GUADALUPE ATKINSON
AND JESUS ATKINSON,                                                    **Appellants,**

**v.**

ANA MARIA HERNANDEZ,
INDIVIDUALLY AND AS
DEPENDENT EXECUTRIX
OF THE ESTATE OF ROGERIO
ATKINSON A/K/A ROY ATKINSON                                            **Appellee.**

### On appeal from the 404th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

This matter is before the Court on a defective notice of appeal and appellants'

failure to correct the defect.   On January 29, 2013, the Court advised appellants that the

notice of appeal was not in compliance with Texas Rule of Appellate Procedure 9.5 and 25.1(d)(5) and advised them to correct the defects. On March 6, 2013, the Court again advised appellants that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 9.5 and 25.1(d)(5) and requested correction of these defects within ten days. *See* Tex. R. App. P. 9.5, 25.1(d)(5), 37.1, 42.3(b),(c). Appellants were advised that the appeal would be dismissed if the defects were not cured after the expiration of ten days from the date of receipt of the Court's notice. Appellants have failed to correct the defects or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution for failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION for failure to comply with a notice from the Court. *See id.*

                                                PER CURIAM

Delivered and filed the
9th day of May, 2013.

2